**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-4593**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

AARON LEON HARLEY,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-99-315)

———————

Submitted:  November 7, 2002      Decided:  November 13, 2002

———————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Aaron Leon Harley, Appellant Pro Se.  Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aaron Leon Harley appeals the district court's order denying his motion for a reduction to his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Harley, No. CR-99-315 (E.D. Va. July 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED